This decision of the Supreme Court of New Mexico was not selected for publication in the New Mexico Appellate Reports.  Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions.  Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Supreme Court.

### IN THE SUPREME COURT OF THE STATE OF NEW MEXICO

**Filing Date: November 20, 2025**

**No. S-1-SC-40061**

**DAVID CARUTH,**

Petitioner,

v.

**STATE OF NEW MEXICO and HECTOR RIOS, Warden,**

Respondents.

**ORIGINAL PROCEEDING ON CERTIORARI**
**Bruce C. Fox, District Judge**

David Caruth
Pro se
Chaparral, NM

for Petitioner

Raúl Torrez, Attorney General
Albuquerque, NM

for Respondents

### DISPOSITIONAL ORDER OF REMAND

**VIGIL, Justice.**

{1}     WHEREAS, this matter came before the Court on petition for writ of certiorari under Rule 12-501 NMRA seeking review of the Second Judicial District Court's order denying Petitioner's request for release from indeterminate sex-offender parole as the remedy for failure to hold a timely duration review hearing as required by NMSA 1978, Section 31-21-10.1(C) (2007);

**{2}** WHEREAS, the Court ordered that this case be held in abeyance pending the Court's disposition of *Aragon v. Martinez*, S-1-SC-39172;

**{3}** WHEREAS, this Court has now issued an opinion and mandate in *Aragon v. Martinez*, ___-NMSC-___, ___ P.3d ___ (S-1-SC-39172, July 14, 2025) (mandate filed Aug. 18, 2025);

**{4}** WHEREAS, the opinion in *Aragon* addresses and significantly affects the issue of law presented in this case; and

**{5}** WHEREAS, the Court exercises its discretion under Rule 12-405(B)(1) NMRA to dispose of this case by nonprecedential order rather than a formal opinion;

**{6}** NOW, THEREFORE, IT IS ORDERED that the abeyance is VACATED and this matter is REMANDED to the district court to reconsider Petitioner's right to habeas relief in accordance with *Aragon*, ___-NMSC-___, ¶ 42.

**{7}** **IT IS SO ORDERED.**

**MICHAEL E. VIGIL, Justice**

**WE CONCUR:**

**DAVID K. THOMSON, Chief Justice**

**C. SHANNON BACON, Justice**

**JULIE J. VARGAS, Justice**

**BRIANA H. ZAMORA, Justice**